**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY FRANCIS BOOK,<br><br>Defendant. | CR-08-51-GF-BMM<br><br>**ORDER** |

Defendant Anthony Francis Book ("Book") has moved for early termination of his current term of supervised release. (Doc. 97.) The Court conducted a hearing on Book's motion on September 28, 2026. (Doc. 100.) His probation officer is neutral on his early termination. (Doc. 98 at 3.) The Court will grant Book's motion on October 28, 2026, if he remains violation free.

Book was indicted on April 17, 2008 for one count of Conspiracy to Possess Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. § 846 and two counts of Possession with Intent to Distribute Methamphetamine and Distribution of Methamphetamine, in violation of 18 U.S.C § 2. (Doc. 1.) Book pleaded guilty. (Doc. 26.) Book was sentenced to 300 months' incarceration with 10 years of supervised release to follow. (Doc. 35.) This Court denied his first motion for a sentence reduction. (Doc. 61.) The Court then reduced Book's

sentence to 228 months to be followed by five years of supervised release. (Doc. 91.) Book began his initial term of supervision on August 9, 2023. (Doc. 98 at 2.) Book received "a couple" of reports of offender under supervision in 2025 for shoplifting instances, but has otherwise been fully compliant with the terms of his release. (*Id.*) He attributed the incidents to "money [being] tight." (*Id.*) Book now moves for early termination of his supervised release. (Doc. 97.)

Federal law authorizes a defendant to move for termination of their supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The Court finds that the factors in 18 U.S.C. § 3553(a) support an early termination of Book's supervised release. Adequate punishment has been imposed that reflects the seriousness of Book's offense. Book served approximately 184 months in prison. Book has completed approximately 60% of his term of supervision.

Adequate deterrence also appears to have been achieved. Book has few reported violations. His probation officer is neutral on his early termination. (Doc. 98 at 3.) Book has maintained employment with Northwest Pipefitting for three years. (*Id.* at 2-3.) Further supervision appears unnecessary to protect the public from

further criminal behavior by Book. The early termination of Book's supervised release comports with the § 3553(a) factors and proves "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e).

Accordingly, **IT IS HEREBY ORDERED** that Book's Motion for Early Termination of Supervised Release (Doc. 97) is **GRANTED**. Book's supervised release will be terminated on October 28, 2026, if Book remains violation free.

DATED this 28th day of September 2026.

Brian Morris, Chief District Judge
United States District Court